Ira MALMED, Plaintiff–Appellant,

v.

John E. POTTER, Postmaster General of the United States Agency, Defendant–Appellee.

No. 05–20482.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 21, 2006.

Ira Malmed, Missouri City, TX, for Plaintiff–Appellant.

---

Martina Marie Stewart, Washington, DC, Elizabeth Frances Karpati, Houston, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.